UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MELINA LABOY,

                Plaintiff,                  24-cv-4696 (PKC)

        -against-                  ORDER

THE CITY OF NEW YORK;
NYPD OFFICER JANE DOE; and NYPD
OFFICERS "JOHN DOE 1-4," Individually and in
their official capacities,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Because of the absence of service of a summons within the period permitted by Rule 4(m), Fed. R. Civ. P., the plaintiff consents to a dismissal without prejudice on condition that if the plaintiff refiles a substantially similar claim in this district, it will be marked by plaintiff on the civil cover sheet as related to this case. The case is accordingly dismissed without prejudice subject to the foregoing condition. The Clerk is respectfully directed to close the case.

        SO ORDERED.

                                            P. Kevin Castel
                                          United States District Judge

Dated: April 7, 2025
       New York, New York